No. 72–851. ONEIDA INDIAN NATION OF NEW YORK ET AL. *v.* COUNTY OF ONEIDA, NEW YORK, ET AL. C. A. 2d Cir. Certiorari granted.

No. 72–1061. WINDWARD SHIPPING (LONDON), LTD., ET AL. *v.* AMERICAN RADIO ASSOCIATION, AFL–CIO, ET AL. Ct. Civ. App. Tex., 14th Sup. Jud. Dist. Certiorari granted.

No. 72–1371. WALTERS, COMMISSIONER OF INTERNAL REVENUE *v.* "AMERICANS UNITED" INC. C. A. D. C. Cir. Certiorari granted.

No. 71–6416. HARRIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 71–6770. FIELDS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–267. KELLY ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–1117. PROSCH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–1219. BALLARD *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of San Francisco. Certiorari denied.

No. 72–1243. RACHAL *v.* UNITED STATES; and
No. 72–6364. HUNNICUTT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 473 F. 2d 1338.